IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00361-WYD-KMT

JOHN KLUTH,

    Plaintiff,

v.

JEPPESEN SANDERSON, INC., a Delaware Corporation,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice filed August 7, 2015.  After a careful review of the Stipulation and the file, it is

ORDERED that the Joint Stipulation of Dismissal with Prejudice is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear his or its own costs.

Dated:  August 7, 2015

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Senior United States District Judge